**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00198-CR

### CHRISTOPHER BRIAN CHOATE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86254-2013**

## ORDER

The Court **REINSTATES** the appeal.

On August 4, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Lee Finley and counsel has not yet reviewed the record to determine whether there are appealable issues.

We note that Lee Finley is not listed as appellant's attorney of record on appeal. Accordingly, we **DIRECT** the Clerk to list Lee Finley as appellant's attorney of record in place of William Henry Underwood.

The clerk's and reporter's records have been on file since March 2014. Accordingly, we **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

Because the brief is already more than five months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lee Finley and the Collin County District Attorney's Office.

/s/    ADA BROWN
        JUSTICE